Herbert PATE et al., Plaintiffs-Appellees,

v.

DADE COUNTY SCHOOL BOARD et al.,
Defendants-Appellees-Cross Appellants,

v.

Alice LOVE, Carswell Washington
et al., Intervenors-Appellants,
Cross Appellees.

No. 29179.

United States Court of Appeals,
Fifth Circuit.

April 28, 1970.

See also 5 Cir., 430 F.2d 1175.

James W. Matthews, Miami, Fla., for Love et al.

Larry S. Stewart, Miami, Fla., for Pate.

Claude R. Kirk, Jr., Governor, Tallahassee, Fla., for State of Florida.

Fred C. Davant, Miami, Fla., for Immerfall and Russell.

Jerris Leonard, Atty., U. S. Dept. of Justice, Civil Rights Div., Washington, D. C., Gerald Mager, Legal Counsel to the Governor, Tallahassee, Fla., for other appellants.

George C. Bolles, Miami, Fla., for Dade County School Board.

William C. Cramer, Washington, D. C., amicus curiae.

### ON SUGGESTION FOR HEARING EN BANC

ORDER:

No Judge in regular active service on the Court having requested that the Court be polled on hearing en banc (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12), the Petition for Hearing En Banc is denied.